TR. CT. # 11CR-040-1
84,097-01

CLERK of THE 349th DISTRICT COURT HOUSTON COUNTY TEXAS, DENIED APPLICANTS APPLICATION FOR WRIT OF HABEAS CORPUS AND FORWARDED THE APPLICATION TO THE COURT OF CRIMINAL APPEALS AND SENT APPLICANT NOTHING. THE STATE DID NOT ISSUE A STATEMENT OF FACTS OR THE COURT A CONCLUSION OF LAW TO THE APPLICANT. THIS IS AN OUTRIGHT DENIAL OF APPLICANTS CONSTITUTIONAL RIGHT TO HABEAS CORPUS AND ITS PROCESS, U.S. CONST. ART. I SEC. 9.

IN SUM, APPLICANT REQUESTS A COPY OF THE STATEMENT OF FACTS AND CONCLUSION OF LAW. IF NONE WERE ISSUED/ORDERED, APPLICANT REQUESTS NOTICE OF SUCH. IF STATEMENT OF FACTS/CONCLUSION OF LAW WAS ISSUED/ORDERED, APPLICANT REQUESTS A COPY OF SAID DOCUMENTS AS IS CONSTITUTIONALLY DUE APPLICANT. THANK YOU FOR YOUR TIME AND EFFORTS.

RESPECTFULLY

Ross Richardson                    11/16/15
APPLICANT Ross Richardson 01958220
WAYNE Scott UNIT
6999 RETRIEVE RD
ANGLETON, TX. 77515

COPIES SENT TO:
• 349th DISTRICT COURT HOUSTON COUNTY TX., CLERK
• COURT OF CRIMINAL APPEALS CLERK

APPLICANT IS NOT AN ATTORNEY AND SHOULD NOT BE HELD TO THE RIGORS OF AN ATTORNEY AND LIBERALLY CONSTRUED.

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 16 2015
Abel Acosta, Clerk

CAUSE # WR-84,097-01

TRIAL CT# 11CR-040-1

TO COURT OF CRIMINAL APPEALS CLERK ABEL ACOSTA

APPLICANT IS ENCLOSING A LETTER TO THE CLERK OF

THE TRIAL COURT 349th DISTRICT COURT OF HOUSTON

COUNTY TX. REQUESTING A COPY OF THE STATEMENT

OF FACT ISSUED BY THE STATE AND CONCLUSION

OF LAW ISSUED BY THE COURT. APPLICANT HAS

NOT BEEN ISSUED SAID DOCUMENTATION. ~~APPLICANT~~

HAS A CONSTITUTIONAL RIGHT TO HABES CORPUS

AND ITS PROCESS, US CONST. ART I. SEC 9. APPLICANT

REQUESTS A COPY OF ALL DOCUMENTS SUBMITTED BY

THE TRIAL COURT TO THE COURT OF CRIMINAL

APPEALS, IF ANYTHING AT ALL DOES EXIST.

THANK YOU FOR YOUR TIME

AND EFFORTS

Ross Richardson 11.16.15

Ross Richardson 01958220

WAYNE SCOTT UNIT

6999 RETRIEVE Rd

ANGLENTON TX. 77515